UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANILO LOPES SANTANA (A-Number:201-678-151),

Petitioner,

v.

DAVID MARIN, et al.,

Respondents.

Case No.  1:26-cv-0915-DJC-JDP

ORDER

Petitioner, an immigration detainee represented by counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 17, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  No party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  However, given that Petitioner had no prior contact with immigration officials, the Court will order

Respondents to provide a hearing pursuant to 8 U.S.C. § 1226.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 17, 2026, are adopted in part;

2. The first amended petition for writ of habeas corpus, ECF No. 13, is GRANTED;

3. Within five (5) days of this Order, Respondents shall afford Petitioner (A-Number: 201-678-151) a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered;

4. Petitioner's motion to expedite, ECF No. 18, is DENIED as moot; and

5. The Clerk of Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE